United States District Court
Southern District of Texas
**ENTERED**
January 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Cell Film Holdings, LLC, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Case No. | 4:16-cv-02921 |
| § | | |
| DOES 1-20, anonymous BitTorrent § | Jury | |
| users participating in file-sharing swarm § | | |
| identified by hash ending in 2EA8, § | | |
| § | | |
| *Defendants*. § | | |
| § | | |

## ORDER OF DISMISSAL

Having considered Plaintiff Cell Film Holdings, LLC's, NOTICE OF DISMISSAL OF DEFENDANT DOE 9 WITH PREJUDICE, the Court HEREBY DISMISSES WITH PREJUDICE Doe 9 associated with IP address 73.6.212.101 with respect to all claims and causes of action in this litigation asserted against Doe 9. Each party is to bear its own cost.

DONE AND ORDERED this **23** day of **Jan**_____, 2017.

By: _____

1